

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-18-00397-CV

Style:     Jason Searcy, as Trustee and Debtor in Possession for the Bankruptcy
Estate of Primera Energy, L.L.C. v. Dirks Petroleum Engineer, Inc.

Date motion filed*:     September 21, 2018

Type of motion:     Unopposed Motion for Leave to Amend Appellant's Brief

Party filing motion:     Appellant's counsel

Document to be filed:     Amended Appellant's Brief

Is appeal accelerated?     No.

Ordered that motion is:
     ☑ Granted
     ☐ Denied
     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
     ☑ Other: _____
Appellant's motion is **granted** and his amended brief is **ordered** to be filed **within 10 days of the date of this Order**. Appellee's brief, if any, shall be due within 30 days of the date of the filing of the amended brief. *See* TEX. R. APP. P. 38.6(b), (d)._____

Judge's signature: /s/ Laura C. Higley
               ☑ Acting individually     ☐ Acting for the Court

Date: October 2, 2018